**Petition for Writ of Mandamus Denied and Memorandum Opinion filed September 22, 2016.**



In The

# Fourteenth Court of Appeals

## NO. 14-16-00605-CV

### IN RE GULF COAST LIMESTONE, INC., Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**215th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2015-67601**

## MEMORANDUM OPINION

On August 1, 2016, relator Gulf Coast Limestone, Inc. filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (West 2004); *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Elaine H. Palmer, presiding judge of the 215th District Court of Harris

County, to set aside her July 18, 2016 order granting real party in interest's motion to compel responses to written discovery.

Relator has not established its entitlement to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Boyce and Christopher.